IN THE UNITED STATES DISCTRICT COURTCOURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

CHARLES M. FLIPPIN and )
KATHERINE C. FLIPPIN, )
)
Plaintiffs, )
)
v. ) Case No: 05-1068 T/An
) JURY DEMAND
MERCK & CO., INC.; NICHOLAS TERRY, )
WARREN, DPH; STEVE C. JACKSON, DPH; )
RICHARD W. HAYES, DPM; STEPHANIE )
B. (BUCK) ISON; COURTNEY SHAY )
(INGRAM) McMAKIN; VINAY KRISHAN )
SOOD; MELISSA CAROL (McALLISTER) )
BARNES; MICHAEL RICHARDS, PATRICIA )
BLASINGAME and SCOTT EVANS, )
)
Defendants. )

## ORDER OF SUBSTITUTION

It appearing to the Court that Thomas M. Donnell, Jr. of the law firm of Stewart, Estes & Donnell in Nashville, Tennessee should be substituted for Attorney James M. Doran, Jr. of the law firm of Waller Lansden Dortch & Davis, PLLC in Nashville, Tennessee as counsel for record for Defendants Nicholas Terry Warren, DPH, Steve C. Jackson, DPH, and Richard W. Hayes, DPM.

It is therefore ORDERED that Thomas M. Donnell, Jr. of the law firm of Stewart, Estes & Donnell is substituted for Attorney James M. Doran, Jr. of the law firm of Waller Lansden Dortch & Davis, PLLC as attorney of record for Defendants Nicholas Terry Warren, DPH, Steve C. Jackson, DPH, and Richard W. Hayes, DPM.

270017

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  04-19-05



Signed this 18th day of April, 2005.

_____
JUDGE James D. Todd

APPROVED FOR ENTRY:

WALLER LANSDEN DORTCH & DAVIS, PLLC

By: _____ by TMD with permission
James M. Doran, Jr., #2638
511 Union Street, Suite 2700
Nashville, TN 37219
(615) 244-6380


STEWART, ESTES & DONNELL

By: _____
Thomas M. Donnell, #3541
Financial Center, Suite 1401
424 Church Street
Nashville, TN 37219
(615) 244-6538

270017

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served via United States Mail, first class, postage pre-paid, to:

Steven G. Ohrvall, Esq.
T. Robert Hill, Esq.
Hill – Boren, P.C.
1269 North Highland Avenue
P. O. Box 3539
Jackson, TN  38303-3539

this 31 day of March, 2005.

*Thomas M. Donnell, Jr.*
Thomas M. Donnell, Jr.

270017

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:05-CV-01068 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Lela M. Hollabaugh
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Thomas M. Donnell
STEWART ESTES & DONNELL
424 Church St.
Ste. 1401
Nashville, TN 37219--239

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Steven G. Ohrvall
HILL BOREN
191 Jefferson Ave.
Memphis, TN 38103

James M. Doran
WALLER LANSDEN DORTCH & DAVIS
511 Union St.
Ste. 2700
Nashville, TN 37219--896

Honorable James Todd
US DISTRICT COURT